UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-mj-30401 |
| Plaintiff, | |
| | HON. CURTIS IVY, JR. |
| v. | United States Magistrate Judge |
| RAMIRO BARAJAS, | |
| Defendant. | |

### MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Dated: September 20, 2022

*s/JULES M. DePORRE*
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Jules.DePorre@usdoj.gov
810-766-5177
P73999

**IT IS SO ORDERED.**

September 20, 2022

s/Curtis Ivy, Jr.
Hon. Curtis Ivy, Jr.Entered:
United States Magistrate Judge